# United States District Court

**DISTRICT OF** GUAM U.S.A.

HORIZON LINES, LLC,

        Plaintiff,

**V.**

MOBIL OIL GUAM, INC.,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-00023

```
FILED
DISTRICT COURT OF GUAM
JUL - 3 2003
MARY L. M. MORAN
CLERK OF COURT
```

TO: (Name and address of defendant)

MOBIL OIL GUAM, INC.
642 East Marine Drive
Hagatna, Guam 96910

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Ledger, Esq.
Elyze McDonald, Esq.
CARLSMITH BALL LLP
Suite 401, Bank of Hawaii Building
134 West Soledad Avenue
Hagatna, Guam 96910
#(671) 472-6813

*[handwritten: Catherine B Nievel, Administrative Assistant for Mr. Jeff Borja, Mobil Oil 06/30/03 3:07pm]*

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

DATE: JUN 30 2003

CLERK

*[signature]*

(BY) DEPUTY CLERK

**ORIGINAL**

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>JUNE 30, 2003 |
| NAME OF SERVER (PRINT)<br>MICHAEL Q. GALLO | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED MOBIL OIL GUAM, INC., BY AND THROUGH CATHERINE L.G. NIEVES, ADMINISTRATIVE ASSISTANT, WHO REPRESENTED THAT SHE WAS AUTHORIZED TO RECEIVE SERVICE OF LEGAL PROCESS FOR MOBIL OIL, GUAM, INC., AT THEIR CORPORATE OFFICES, 642 EAST MARINE DRIVE, AGANA, GUAM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>$50.00 | TOTAL<br>$50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JULY 1, 2003
Date

Signature of Server SP0136-00

201 SONGSONG STREET, MANGILAO, P.O. BOX 1150
AGANA GU 96932
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.