KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

BY: RICHARD L. JOHNSON
AND THOMAS C. STERLING

Attorneys for *Defendant Mobil Oil Guam Inc.*



FILED
DISTRICT COURT OF GUAM
JUL 16 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HORIZON LINES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MOBIL OIL GUAM INC. <br><br> Defendant. | CIVIL CASE NO. 03-00023 <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Plaintiff **HORIZON LINES, LLC**, through its counsel, David Ledger of Carlsmith Ball, LLP, and Defendant **MOBIL OIL GUAM INC.**, through counsel Klemm, Blair, Sterling & Johnson P.C., and hereby stipulate that Mobil Oil Guam, Inc. shall have an additional period of thirty (30) days, until August 20, 2003, in order to answer or otherwise respond to the complaint filed herein by Horizon Lines, LLC, on June 30, 2003. The basis for this stipulation is that the complaint raises

//

//

//

**ORIGINAL**

STIPULATION AND ORDER FOR EXTENSION
OF TIME WITHIN WHICH TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT
CIVIL CASE NO. 03-00023

issues certain of which require resolution prior to the filing of an answer or other response to the complaint.

SO STIPULATED.

CARLSMITH BALL, LLP.

DATED: JULY 15, 2003    BY: _____
                            DAVID LEDGER
                            *Attorneys for Plaintiff Horizon Lines, LLC*

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATED: JULY 15, 2003    BY: _____
                            RICHARD L. JOHNSON
                            *Attorneys for Defendant Mobil Oil Guam, Inc.*

ORDER

Good cause therefore having been shown, and the parties having thereto stipulated, **MOBIL OIL GUAM INC.** is hereby granted an additional thirty (30) days until August 20, 2003 within which to answer or otherwise respond to the Complaint filed herein by Horizon Lines, LLC. on June 20, 2003.

_____
HONORABLE JOHN S. UNPINGCO
CHIEF JUDGE, DISTRICT COURT OF GUAM

J49\50556-201
\\PNB1\CABINET\WORD97\OFFICE\WORDDOC\MOGI\PLD\192-STIP &
ORDER RE ANSWER TO COMPLAINT RE HORIZON LINES V MOGI.DOC

- 2 -

**RECEIVED**
JUL 15 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857