CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
134 West Soledad Avenue
Bank of Hawaii Bldg., Suite 401
P.O. Box BF
Hagåtña, Guam 96932-5027
Tel. No. (671) 472-6813

Attorneys for Plaintiff
Horizon Lines, LLC



FILED
DISTRICT COURT OF GUAM
SEP 18 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HORIZON LINES, LLC, ) | CIVIL CASE NO. 03-00023 |
| Plaintiff, ) | |
| vs. ) | **SCHEDULING ORDER AND DISCOVERY PLAN** |
| MOBIL OIL GUAM, INC., ) | |
| Defendant. ) | |

### SCHEDULING ORDER

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule of Practice 16.1, the parties hereby submit the following Scheduling Order.

1. <u>The nature of the case.</u>

Horizon's lawsuit alleges Mobil's negligence and gross negligence caused or contributed to cause the tank farm fire that erupted at Mobil's facility during Supertyphoon Pongsona. Horizon further alleges that Mobil is liable for certain damages Horizon sustained as a result of the fire and shut down of the commercial port. The primary component of Horizon's claim

is that its weekly cargo ship into Guam had to stand off Guam while the fire burned and eventually had to divert to a foreign port. It is further alleged that as a result of the diversion, cargo spoiled and was lost for which Horizon paid claims and Horizon incurred transshipping and other expenses it otherwise would not have.

2. <u>The posture of the case</u>.

    a. There are no Motions on file.

    b. No Motions have been resolved.

    c. No discovery has been initiated.

3. Except for good cause shown, Motions to add Parties and Claims shall be on or before February 6, 2004.

4. Except for good cause shown, Motions to Amend Pleadings shall be filed not later than February 6, 2004.

5. The Discovery Plan attached hereto is adopted and incorporated as part of this Scheduling Order.

6. ~~The Scheduling Conference shall be on September 25, 2003 at 3:00 p.m.~~

7. The Discovery Cutoff (defined as the last day to file responses to written discovery requests) is August 20, 2004. Depositions may be taken until September 17, 2004.

8. (a) All discovery motions shall be filed on or before September 30, 2004 and heard on or before October 22, 2004..

    (b) All potentially dispositive motions shall be filed on or before November 1, 2004, and heard on or before November 22, 2004.

9. The prospects for settlement are unknown at this time.

10. The Preliminary Pretrial Conference shall be held on December 20, 2004.

11. The Parties' Pretrial Materials, Discovery Materials, Witness Lists, Exhibit Lists and Designation of Discovery Responses shall be filed on or before December 27, 2004.

12. The Proposed Pretrial Order shall be filed on or before January 3, 2005.

13. The Final Pretrial Conference shall be held on January 3, 2005.

14. The trial shall begin on November January 10, 2005.

15. Plaintiff has not demanded a jury.

16. It is anticipated that it will take 5 - 8 days to try and submit this case.

17. The names of the counsel are:

   For Plaintiff: David Ledger & Elyze McDonald.

   For Defendant: Thomas C. Sterling.

18. The parties do not at this time request a Settlement Conference in the District Court, though discussions for this are ongoing.

19. Counsel currently have no suggestions for shortening the trial.

20. The following issues will affect the status or management of the case: unknown.

## DISCOVERY PLAN

1. Depositions of lay witnesses may begin as soon as the party seeking to take depositions has provided Rule 26 disclosures to the other party.

2. Unless additional discovery is permitted by the Court, the parties may serve up to 50 interrogatories including sub-parts and not more than 25 requests for admissions. The propounding party need not serve all 50 interrogatories or requests for admission at the same time. The parties may serve any number of requests for production of documents. Unless a shorter time

is agreed to, all written discovery shall be served by a date as to afford the answering party the full response time permitted by the applicable rules prior to the Discovery Cutoff.

3. Disclosures and depositions.

    a. Disclosure of Plaintiff's expert testimony required under Fed. R. Civ. P. 26(a)(2) shall be made not later than June 1, 2004.

    b. Disclosure of Defendant's expert testimony under Fed. R. Civ. P. 26(a)(2) shall be made not later than July 1, 2004.

    c. Any rebuttal expert testimony shall be provided not later than August 2, 2004.

    d. Depositions of experts designated under Fed. R. Civ. P. 26(a)(2) shall be completed not later than the discovery cutoff date for depositions.

    e. Rule 26(a)(3) disclosures shall be made not later than 30 days before trial.

    f. Initial disclosures under Rule 26 are due not later than October 31, 2003.

4. Other than the limit on the numbers of Interrogatories and Requests for Admissions, the parties do not anticipate requiring any other changes or limitations on discovery as may be imposed under Federal or Local Rules.

SUBMITTED this 15th day of September 2003.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Horizon Lines, LLC

Dated this 15th day of September 2003.

KLEMM, BLAIR, STERLING &
JOHNSON, P.C.

_____
THOMAS STERLING
Attorneys for Defendant
Mobil Oil Guam, Inc.

## ORDER

**SO ORDERED** this 18th day of September 2003.

_____
THE HONORABLE JOHN S. UNPINGCO
Judge, District Court of Guam

RECEIVED
SEP 15 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM