# ORIGINAL ● ●

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Horizon Lines, LLC

**FILED**
DISTRICT COURT OF GUAM
APR - 5 2004
MARY L. M. MORAN
CLERK OF COURT



## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HORIZON LINES, LLC, | CIVIL CASE NO. CIV03-00023 |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |
| MOBIL OIL GUAM, INC., | |
| Defendant. | |

      **IT IS HEREBY STIPULATED** by and between Plaintiff Horizon Lines, LLC, and Defendant Mobil Oil Guam, Inc. that the above entitled action be DISMISSED WITH PREJUDICE, each party to bear its own attorney's fees and costs. The parties agree to dismiss with prejudice all claims and causes of action one party asserted or could have asserted against the other party as a result of the incidents plead in the complaint.

///

///

///

4836-1578-9824.1.053266-00014

SO STIPULATED AND AGREED TO this 31st day of March 2004.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE McDONALD
Attorneys for Plaintiff
Horizon Lines, LLC

SO STIPULATED AND AGREED TO this 31st day of March 2004.

KLEMM BLAIR STERLING &
JOHNSON, P.C.

THOMAS C. STERLING
Attorneys for Defendant
Mobil Oil Guam, Inc.

## ORDER

The parties having stipulated to dismiss this action with prejudice, and good cause

appearing therefore, the Court hereby enters an order of dismissal with prejudice, each party to

bear its owns costs.

SO ORDERED:  APR 0 5 2004

JOHN S. UNPINGCO
Chief Judge, District Court of Guam

Notice is hereby given that this document was
entered on the docket on 04/05/04.
No separate notice of entry on the docket will
be issued by this Court.
    Mary L. M. Moran
    Clerk, District Court of Guam

By: _____  4/5/04
    Deputy Clerk        Date

**RECEIVED**
MAR 3 1 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

4836-1578-9824.1.053266-00014