**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| HORIZON LINES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>MOBIL OIL GUAM, INC.,<br><br>　　　　　Defendant. | CIVIL CASE NO. 03-00023<br><br>**J U D G M E N T** |

Judgment is hereby entered in accordance with the Stipulation for Dismissal With Prejudice and Order filed April 5, 2004.

Dated this 5th day of April, 2004, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
　　Deputy Clerk
Notice is hereby given that this document was entered on the docket on 04/05/04. No separate notice of entry on the docket will be issued by this Court.
　　Mary L. M. Moran
　　Clerk, District Court of Guam

By: _____  04/05/04
　　Deputy Clerk　　Date

Case 1:03-cv-00023　Document 9　Filed 04/05/2004　Page 1 of 1